IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY A. LAMB,** | CIV S 08-0398 WBS GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondent's request for a 30-day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on May 16, 2008.

Dated: 04/17/08           /s/ Gregory G. Hollows
                          United States Magistrate Judge

lamb398.ord

1